# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# 176669

**Entity Name:** RYDER TRUCK RENTAL, INC.

FILED
Feb 14, 2020
Secretary of State
2217891870CC

**Current Principal Place of Business:**

RYDER TRUCK RENTAL, INC
11690 NW 105 ST
MIAMI, FL 33178-1103

**Current Mailing Address:**

RYDER TRUCK RENTAL, INC
11690 NW 105 ST
MIAMI, FL 33178-1103 US

**FEI Number:** 59-0747035

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FATOVIC, ROBERT D
11690 NW 105 ST
MIAMI, FL 33178 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                         Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | EVPS |
| Name | DIEZ, JOHN J | Name | FATOVIC, ROBERT D |
| Address | 11690 NW 105 ST | Address | 11690 NW 105 ST |
| City-State-Zip: | MIAMI FL 33178 | City-State-Zip: | MIAMI FL 33178 |
| Title | VPDC | Title | VPT |
| Name | PARKER, SCOTT T | Name | SUSIK, W DANIEL |
| Address | 11690 NW 105 ST | Address | 11690 NW 105 ST |
| City-State-Zip: | MIAMI FL 33178 | City-State-Zip: | MIAMI FL 33178 |
| Title | AT | Title | ASSISTANT SECRETARY |
| Name | ALONSO , MARIA | Name | TELLAM, NANCI E. |
| Address | 11690 NW 105 ST | Address | 11690 NW 105 ST |
| City-State-Zip: | MIAMI FL 33178 | City-State-Zip: | MIAMI FL 33178-1103 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MARIA ALONSO                              ASST. TREASURER                    02/14/2020

Electronic Signature of Signing Officer/Director Detail                                                         Date