MARGOLIS EDELSTEIN
Bruce Barrett, Esquire – NJ Attorney Id. 030581982
100 Century Parkway, Suite 200
P. O. Box 5084
Mt. Laurel, New Jersey 08054
856-727-6015
bbarrett@margolisedelstein.com
Attorney for Defendant(s), Ryder Truck Rental, Inc., incorrectly named as Ryder Transportation, Inc.,
File No. 42142.1-00002-BEB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALSAFI DJABERT and KHADIDJA MALLA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No: 2:20-cv-18514-SRC-CLW ) |
| RYDER TRUCK RENTAL, et al., | ) **NOTICE OF MOTION** ) **TO DISMISS COMPLAINT** |
| Defendants. | ) |

TO:  Walter Piccolo, Esq.
     Piccolo Law Firm, LLC
     119-137 Clifford Street, Suite 103
     Newark NJ 07105

   PLEASE TAKE NOTICE that defendant, Ryder Truck Rental, Inc.,

incorrectly named as Ryder Transportation, Inc. in the Amended Complaint, will

move before the Honorable Stanley R. Chesler, U.S.D.J., on Monday, January 18,

2021 at 9:00 a.m. in the forenoon or as soon thereafter as this matter may be heard,

for and Order dismissing the Amended Complaint of plaintiff against Ryder Truck

Rental, Inc., incorrectly named as Ryder Transportation, Inc., premised upon the Graves Amendment, 49 U.S.C. § 30106, as defendant Ryder is engaged in the business of leasing vehicles and is no liable for the alleged negligence of the driver.

In support of this motion, defendant will rely upon the attached Brief and Exhibits.

                                              Respectfully submitted,

                                              MARGOLIS EDELSTEIN

                                               s/ *Bruce Barrett*
                                            By: Bruce E. Barrett, Esquire
                                            Attorney for Defendant, Ryder

Date: December 24, 2020