MARGOLIS EDELSTEIN
Bruce Barrett, Esquire – NJ Attorney Id. 030581982
100 Century Parkway, Suite 200
P. O. Box 5084
Mt. Laurel, New Jersey 08054
856-727-6015
bbarrett@margolisedelstein.com
Attorney for Defendant(s), Ryder Truck Rental, Inc., incorrectly named as Ryder
Transportation, Inc.,
File No. 42142.1-00002-BEB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALSAFI DJABERT and KHADIDJA MALLA, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No: 2:20-cv-18514-SRC-CLW |
| | ) |
| v. | ) |
| | ) |
| RYDER TRUCK RENTAL, et al., | ) **ORDER DISMISSING** |
| | ) **AMENDED COMPLAINT** |
| | ) **AGAINST RYDER** |
| Defendants. | ) |

This matter having been presented to the Court by way of motion to dismiss

the Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) for failing to state

a claim upon which relief can be granted under the Graves Amendment, 49 U.S.C.

§ 30106; and the Court having reviewed the moving papers and any opposition

submitted thereto; and the Court having determined that the Amended Complaint

fails to state a claim upon which relief can be granted as to defendant Ryder Truck

Rental, Inc., incorrectly named as Ryder Transportation, Inc.; and for good and

sufficient cause:

**IT IS ON THIS \_\_\_\_ DAY OF _____, 2021 ORDERED** that the

Amended Complaint be and hereby is dismissed with prejudice and without costs

as to defendant Ryder Truck Rental, Inc., incorrectly named as Ryder

Transportation, Inc., only.

_____

Hon. Stanley R. Chesler, U.S.D.J.