MARGOLIS EDELSTEIN
Bruce Barrett, Esquire – NJ Attorney Id. 030581982
100 Century Parkway, Suite 200
P. O. Box 5084
Mt. Laurel, New Jersey 08054
856-727-6015
bbarrett@margolisedelstein.com
Attorney for Defendant(s), Ryder Truck Rental, Inc., incorrectly named as Ryder Transportation, Inc.,
File No. 42142.1-00002-BEB

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALSAFI DJABERT and KHADIDJA MALLA, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No: 2:20-cv-18514-SRC-CLW ) |
| RYDER TRUCK RENTAL, et al., | ) ) **CERTIFICATION OF SERVICE** |
| Defendants. | ) |

Bruce E. Barrett, Esquire, of full age, hereby certifies that a copy of the Motion to Dismiss the Amended Complaint as to defendant Ryder was served by the Court's ECF System on December 24, 2021.

                                              Respectfully submitted,

                                              MARGOLIS EDELSTEIN

                                              s/ *Bruce Barrett*
                                            By: Bruce E. Barrett, Esquire
                                            Attorney for Defendant, Ryder

Date: December 24, 2020